# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MISSIOURI
# WESTERN DIVISION

| | |
|---|---|
| CHARLOTTE CONNER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:22-cv-00818-RK |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, et al | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to the dismissal of all claims asserted in this action against Defendant. The parties further stipulate that Plaintiff and Defendant shall bear their own attorney's fees and costs.

By: */s/ William E. Hanna*
William E. Hanna, MO #39556
Christopher J. Leopold, MO #51407
STINSON LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106-2150
(816) 842-8600
(816) 691-3495 (fax)
whanna@stinson.com
chris.leopold@stinson.com

ATTORNEYS FOR DEFENDANT
LIFE INSURANCE COMPANY OF NORTH
AMERICA

and

/s/ Derrick A. Pearce
Derrick A. Pearce, MO #42793
Kyle H. Sciolaro, MO #64568
Paul J. Taylor MO #72159
BurnettDriskill Attorneys
103 W. 26th Avenue, Suite 290
North Kansas City, MO  64116
816.781.4836
dpearce@burnettdriskill.com
ksciolaro@burnettdriskill.com
ptaylor@burnettdriskill.com

ATTORNEYS FOR PLAINTIFF CHARLOTTE CONNER

## CERTIFICATE OF SERVICE

On June 5, 2023, a copy of the above and foregoing was filed with the Court's ECF system, with service electronically thereby on the following:  Derrick A. Pearce, BurnettDriskill, Attorney for Plaintiff.

/s/William E. Hanna
Attorney for Defendant